**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6205**

_____

TA'KAUN KEONTAY BINGHAM, Red Onion State Prison, PO Box 1900, Pound, VA 24279-1900,

        Petitioner - Appellant,

    v.

DAVID ANDERSON,

        Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:24-cv-01225-RDA-WBP)

_____

Submitted:  June 12, 2025                        Decided:  June 17, 2025

_____

Before HARRIS and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Ta'Kaun Keontay Bingham, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ta'Kaun Keontay Bingham appeals the district court's order dismissing his 28 U.S.C. § 2254 petition without prejudice for failure to satisfy the filing fee. On appeal, we confine our review to issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Bingham's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey,* 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2